■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHEROD ANDREWS, Appellant. [9 NYS3d 869]—

Judgment, Supreme Court, New York County (Renee A. White, J.), rendered March 5, 2013, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of two years, unanimously modified, on the law, to the extent of vacating the sentence and remanding for resentencing, and otherwise affirmed.

As the People concede, defendant is entitled to resentencing for an express youthful offender determination (see People v

*Rudolph*, 21 NY3d 497 [2013]). Accordingly, we need not address defendant's remaining arguments regarding his sentence. Concur—Friedman, J.P., Acosta, Moskowitz, Richter and Feinman, JJ.